**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| | ) | |
| **EURIE A. STAMPS, JR. and NORMA** | ) | |
| **BUSHFAN-STAMPS, Co-Administrators of** | ) | |
| **the Estate of Eurie A. Stamps, Sr.,** | ) | **Civil No.** |
| | ) | **12-11908-FDS** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **TOWN OF FRAMINGHAM et. al.** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## <u>SETTLEMENT ORDER OF DISMISSAL</u>

**SAYLOR, J.**

The Court having been advised by the parties report that this action has settled.

IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the

right of any party upon good cause shown within thirty (30) days to reopen the action if

settlement is not consummated.

By the Court,

/s/ Lisa Pezzarossi

September 2, 2016                                    _____
 Date                                                       Lisa Pezzarossi, Deputy Clerk